**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and CATHERINE WENSKUS, Administrator of the Funds,** | Case No. 18-CV-04483 |
| **Plaintiffs,** | |
| v. | Judge Virginia M. Kendall |
| **SJN SUBSURFACE, INC.** | |
| **Defendants** | |

**NOTICE OF VOLUNTARY DISMISSAL**

The Laborers' Pension Fund, the Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and Catherine Wenskus, Administrator (collectively "Plaintiffs"), by their attorneys, file a notice of voluntary dismissal against Defendant SJN Subsurface, Inc. pursuant to FED. R. CIV. P 41(a) and the terms of the parities Settlement Agreement and Release ("Agreement"), including the Affidavit and Agreement of Indemnification incorporated into the Agreement, and thereby request dismissal without prejudice granting Plaintiffs until July 25, 2019 to reinstate.

The Plaintiffs' request that the Court retain jurisdiction to enforce the terms of the Agreement up to, and including, the date of July 25, 2019. Defendant has consented, by terms of the Agreement, to this Court retaining jurisdiction until such time. If there is no notice of reinstatement on or before July 25, 2019, the dismissal of this matter will be with prejudice.

By: /s/ Ryan M. Thoma
One of Plaintiffs' Attorneys

Karen I. Engelhardt
Ryan M. Thoma
ALLISON, SLUTSKY & KENNEDY, P.C.
230 West Monroe Street Suite 2600
Chicago, Illinois 60606
(312) 364-9400

April 26, 2019